CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZENIA BROWN, | Case No.: 2:21-cv-01894-RFB-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

//

//

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: December 9, 2021              Respectfully submitted,

                                      THE METSKER LAW FIRM

*/s/ John Metsker*
JOHN METSKER
(*as authorized via email on December 8, 2021)
Attorney for Plaintiff

Dated: December 9, 2021              Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: December 13, 2021

2

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

    John Metsker
    jmetsker@metskerlaw.com
    Attorney for Plaintiff

    Michael Mills
    mmills@blwmlawfirm.com
    Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 9, 2021

                              */s/ Allison J. Cheung*
                              ALLISON J. CHEUNG
                              Special Assistant United States Attorney