AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Zenia Brown,

             Plaintiff,

v.

Kilolo Kijakazi,

             Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:21-cv-01894-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of ONE THOUSAND THREE HUNDRED FIVE DOLLARS AND TWENTY-FOUR CENTS ($1,305.24) and costs under 28 U.S.C. § 1920 in the amount of SIX HUNDRED FIFTY-TWO DOLLARS ($652.00).

03/15/2023
Date

DEBRA K. KEMPI
Clerk

/s/ L. Ortiz
Deputy Clerk